UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY NAIMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>TRUE RENEWABLE ENERGY, INCORPORATED, et al.,<br><br>    Defendants. | Case No. 18-cv-04540-KAW<br><br>ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE<br><br>Re: Dkt. No. 31 |

On June 25, 2019, the Court held a case management conference, where Defendants did not appear.

Accordingly, counsel for Defendants is ORDERED TO SHOW CAUSE, in writing, by no later than July 17, 2019, why they should not pay monetary sanctions in the amount of $500 for their failure to appear at the case management conference.

IT IS SO ORDERED.

Dated: July 9, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge