UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY NAIMAN,<br><br>    Plaintiff,<br><br>v.<br><br>TRUE RENEWABLE ENERGY, INCORPORATED, et al.,<br><br>    Defendants. | Case No. 18-cv-04540-KAW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 36 |

On July 17, 2019, Plaintiff filed a voluntary dismissal of the individual claims with prejudice, and class claims without prejudice. (Dkt. No. 35.) That same day, the Court ordered Plaintiff to file a dismissal within 60 days, absent any extension by the Court. (Dkt. No. 36.) The Court further stated that to the extent Plaintiff sought to dismiss the class claims, Plaintiff must address the *Diaz* factors. *Diaz v. Tr. Territory of Pac. Islands*, 876 F.2d 1404, 1408 (9th Cir. 1989) (listing factors the court must inquire into to determine whether there is prejudice to the class members from dismissal of the class claims).

On September 16, 2019, Plaintiff filed a notice to extend the time to file dispositive documentation by thirty days in order to finalize the settlement agreement. (Dkt. No. 37.) Thus, Plaintiff's dismissal was due by October 16, 2019.

///
///
///
///
///
///

As of the date of this order, Plaintiff has not filed his dismissal. Accordingly, the Court ORDERS Plaintiff to show cause, by **November 22, 2019**, why Plaintiff should not be sanctioned for failing to comply with the Court's order by: (1) filing his dismissal, which shall address the *Diaz* factors if dismissing the class claims, and (2) explaining why Plaintiff did not timely comply with the Court's order.

IT IS SO ORDERED.

Dated: November 13, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge